UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson
_____

Write the full name of each plaintiff.

23 CV. 5264 (VSB) (GWG)

(Include case number if one has been
assigned) FIRST

-against-

City of New York, New York City Transit Borough

Manhattan Task Force, Police Officer. Claudio Diaz

#:16786, Lieutenant Lyndon Tuckett #:00000,
Police Officer. Thomas Gerding #:1527, P.O. James Pallad/no #:15232
Sergeant Thomas Daly #:3644, P.O. Angel Castillo #:13377

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.      LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other:    _False arrest, malicious Prosecuted, False imPrisonment_

## II.      PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Glenn_                                        _Johnson_
First Name              Middle Initial              Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_I.D. 349220/707_        "cc"        ">>"        _DIN #: 23B3958_            _NySID#: 04161411k_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Clinton correcTional FacilTy_
Current Place of Detention

_P.O. Box 2000. DANNEMORA   New yoRK   12929,_
Institutional Address

_DANNEMORA_                    _New yoRK_            _12929._
County, City                              State                        Zip Code

## III.      PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   CLAUDIO                 DIAZ                    #: 16786
              First Name              Last Name               Shield #

              Police OFFiceR                                  N.Y.P.D.
              Current Job Title (or other identifying information)

              TRANSiT BOROUGH MANHATTAN TASK FORCE      DiSTRicT 1
              Current Work Address

              NewyoRK                 New yoRK                10019.
              County, City            State                  Zip Code

Defendant 2:   LYNDON                 TuckeTT                 #: 00000
              First Name              Last Name               Shield #

              TRANSiT BOROUGH MANHATTAN TASK FORCE (LieuTeNANT)
              Current Job Title (or other identifying information)

              TRANSiT BOROUGH MANHATTAN TASK FORCE      DiSTRicT 1
              Current Work Address

              New yoRK                New yoRK                10019.
              County, City            State                  Zip Code

Defendant 3:   THomAS                 DAly                    #: 3644
              First Name              Last Name               Shield #

              SeRGeANT                                        N.y.P.D
              Current Job Title (or other identifying information)

              TRANSiT BOROUGH MANHATTAN TASK FoRce      DiSTRicT 1
              Current Work Address

              NewyoRK                 New yoRK                10019.
              County, City            State                  Zip Code

Defendant 4:   ANGel                  CASTillo                #: 13377
              First Name              Last Name               Shield #

              Police OFFiceR                                  N.Y.P.D.
              Current Job Title (or other identifying information)

              TRANSiT BOROUGH MANHATTAN TASK FORCE      DiSTRicT 1
              Current Work Address

              NewyoRK                 New yoRK                10019.
              County, City            State                  Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:   SUBWAY STATION 8TH AVENUE AND WEST 42 ND STREET NEW YORK, N.Y.

Date(s) of occurrence:   OCTOBER 2, 2019

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

THE FOLLOWING IS A SUMMARY AND DOES NOT INCLUDE ALL DETAILS CONCERNING
THE INCIDENT. CASE # CR-031602-19 NY. CLAIMANT WAS ILLEGALLY STOPPED, SEARCHED
AND ARRESTED, WITHOUT CAUSE OR JUSTIFICATION. CLAIMANT WAS FALSELY ARRESTED
IMPRISONED AND MALICIOUSLY PROSECUTED BASED UPON "LIES" TOLD BY THE NYPD
POLICE OFFICERS JOHN AND JANE DOES 1-6 AND THE FAILURE OF OTHER OFFICERS TO INTERVENE.
ON OCTOBER 02, 2019, AT 8:05 P.M. IN THE SUBWAY STATION AT 8TH AVENUE AND WEST 42 ND
STREET IN THE COUNTY AND STATE OF NEWYORK, CLAIMANT WAS UNLAWFULLY STOPPED, SEARCHED
AND ARRESTED, CLAIMANT DID NOT COMMIT ANY CRIMINAL ACTS ASSAULT IN THE THIRD
DEGREE, CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE, AGGRAVATED
HARRASSMENT IN THE SECOND DEGREE, SALE OR POSSESSION OF A TEARGAS- NOT DNA
ELIGIBLE. NOR DID HE ASSAULT ANY BODY WITH A WEAPON. BAIL WAS SET AT ARRAIGNMENT.
ON OCTOBER 2, 2019, CLAIMANT CHARGES WAS ALL DROPPED AND "DISMISSED" ON AUGUST 11, 2022.
CLAIM FOR PERSONAL, EMOTIONAL AND PHYSICAL INJURIES SUSTAINED BY CLAIMANT AS A
RESULT OF INTENTIONAL, RECKLESS, AND NEGLIGENT CONDUCT BY AGENTS, SERVANTS
AND EMPLOYEES OF THE CITY OF NEWYORK (CITY) AND THE NEWYORK CITY POLICE DEPARTMENT
(NYPD).

Rule 8: requires a complaint to include enough facts to state a claim for relief "that is plausible on its face." Bell Atl. corp. v. Twombly, 550 U.S. 662, 628-29 1295. CT. 1937, 173 L. ED. 2D 968 (2009). A claim is facially plausible if the plaintiff pleads enough factual detail to allow the court to draw the inference that the defendant is liable for the alleged misconduct. In reviewing the complaint. The court must accept all well pleaded factual allegation as true. HN3-In addition to proving rules that govern complaints Fed. R. Civ. P. 8 also contains several provisions that govern responsive pleading Two of them are rule 8(b)(i)(A) and(8)(c). Rule(8)(B)(i)(A) govern "defenses" admissions and denials. Ashcroft v. Iqbal, 556 U.S. 662, 678-79 1295. CT. 1937, 173 L. ED. 2D 968(2009).

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The claimant was subjected to personal and physical injuries, an unlawful seizure, false arrest and imprisonment, malicious prosecution, abuse of process, negligence, intentional and negligent infliction of emotional distress, Harrassment, unconstitutional conditions of confinement, and to a deprivation of, His constitutional, civil and common law Rights. As a result of the officers actions. Claimant experienced personal, physical and emotional injuries, pain and suffering, fear, and invasion of privacy

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

Psychological pain, emotional distress, mental anguish, embarrassment, and humiliation. Claimant was incarcerated from October 2, 2019 until August 11, 2022. Claimant attended multiple court appearances. Case dismissed August 11, 2022. Case#CR-031602-19NY "Also damages for car loss GMC Terrain 2010 and social security disability stopped $780.00 monthly." Seeks damages for His loss of liberty from being detained for nearly 12 months emotional pain and suffering that caused Him emotional pain mental anguish significant loss of sleep, humiliation and embassment in front of His family paranoia from a fear of being falsely targeted again by law enforcement and a loss in his sense of security in His own neighborhood. Total amount claimed $1,000,000

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| _11/7/23_ | _Glenn Johnson_ "PRO Se" | |
| Dated | Plaintiff's Signature | |

| | | |
|---|---|---|
| GLENN | | JOHNSON |
| First Name | Middle Initial | Last Name |

CLINTON CORRECTIONAL FACILITY P.O. BOX 2000 DANNEMORA, NEW YORK 12929.
Prison Address

| | | |
|---|---|---|
| DANNEMORA | NEW YORK | 12929. |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:   _11/7/23_

United States District Court                                          11/7/23

Southern District of New York

500 Pearl Street, Prose Intake Unit

New York, New York 10007.

                    23 cv. 5264 (VSB) (GWG)   First Amended Complaint

Defendant 5: Thomas Gerding #: 1527, "Police Officer" N.Y.P.D. Transit Borough

Manhattan Task Force District 1  New York, New York 10019.


Defendant 6: James Palladino #: 15232, "Police Officer" N.Y.P.D. Transit Borough

Manhattan Task Force District 1  New York, New York 10019.


                                        Respectfully Submitted,

                                        Glenn Johnson "Prose"

                                        DIN: 2383958

                                        Clinton C.F.

                                        P.O. Box 2000 Dannemora,

                                        New York 12929.



THE CITY OF NEW YORK

# LAW DEPARTMENT

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 Church Street
NEW YORK, NY 10007

**LUCA DIFRONZO**
*Assistant Corporation Counsel*
(212) 356-2354
ldifronz@law.nyc.gov

October 30, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Johnson v. the City of New York, et al.</u>, 23-CV-5264

Your Honor:

I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for the City of New York in the above matter. Pursuant to the Court's June 30, 2023 Order, I respectfully write to fulfill the City's <u>Valentin</u> obligations. (<u>See</u> ECF No. 6).

By way of relevant background, plaintiff brings claims of false arrest and malicious prosecution arising from his October 2, 2019 arrest by members of the NYPD's Transit Borough District 1 Manhattan Task Force. (<u>See</u> ECF No. 1). In his complaint, plaintiff identifies Officer Claudio Diaz and Lieutenant Lyndon Tuckett as defendants, and further names several unidentified officers as parties here.[1] (<u>See</u> <u>id.</u>) The Court subsequently ordered this Office to identify the John Doe officers and to provide service addresses for all NYPD defendants plaintiff intends to sue in this action. (<u>See</u> ECF No. 6).

Upon information and belief, the John Doe NYPD defendants in this matter are:

- Sergeant Thomas Daly (Shield No. 3644)

- Officer Angel Castillo (Shield No. 13377)

---

[1] While plaintiff purports to name six John Doe defendants, NYPD records indicate that only six total officers were involved in his October 2, 2019 arrest—two of whom plaintiff already identifies in his complaint.

- Officer Thomas Gerding (Shield No. 1527)

- Officer James Palladino (Shield No. 15232)

As active members of the NYPD Manhattan Brough's Transit District 1 Task Force, defendants Castillo and Palladino may be served at the NYPD station within the 59th Street/Columbus Circle Subway Station, c/o Manhattan Transit District 1 Task Force, New York, NY 10019. Defendant Gerding may be served 1 Police Plaza Path, New York, NY 10038. Finally, NYPD legal has reached out to Sgt. Daly, who has retired from city employment, to inquire whether they can accept service on his behalf, and, accordingly, I respectfully request a two-week extension to provide the Court with an address at which he may be served.[2]

The City thanks the Court for its consideration in this matter.

Respectfully Submitted,

Luca Difronzo
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2354
ldifronz@law.nyc.gov

**VIA POSTAL MAIL**
Glenn Johnson
DIN 23B3958
Clinton C.F.
P.O. Box 2000
Dannemora, NY 12929

---

[2] Due to plaintiff's incarceration status, I was unable to obtain his position on this request.

LEGAL MAIL

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Glenn Johnson

DIN: 23A3958

Clinton

Correctional Facility

RECEIVED
NOV 17 2023 5:05 PM
PRO SE OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
500 PEARL STREET, PROSE INTAKE UNIT
NEW YORK, NEW YORK 10007.

USMS;
SDNY

NEOPO
11/08/2
US PO
ZIP 12929
041M11272305

FOREVER USA
FOREVER USA